**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Terence Doherty, | : |
|                Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-11703-DJC |
| Carter Business Service, Inc.; and DOES 1-10, inclusive, | : |
|                Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 4, 2014

                                                            Respectfully submitted,

                                                            PLAINTIFF, Terence Doherty

                                                            /s/ Sergei Lemberg

                                                           Sergei Lemberg, Esq.
                                                           B.B.O. No.: 650671
                                                           **LEMBERG LAW, L.L.C.**
                                                           1100 Summer Street, 3rd Floor
                                                           Stamford, CT 06905
                                                           Telephone: (203) 653-2250
                                                           Facsimile:  (203) 653-3424
                                                           slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

John J. O'Connor, Esq.
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210

                                                        By  /s/ Sergei Lemberg_____

                                                            Sergei Lemberg